# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff-Respondent,<br><br>v.<br><br>Anthony Michael Norton,<br><br>　　　　Defendant-Petitioner. | Criminal File No. 16-307 (SRN)<br><br>**ORDER LIFTING STAY** |

Benjamin Bejar and James S. Alexander, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for the United States.

Robert H. Meyers, Federal Defender, 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for Defendant.

SUSAN RICHARD NELSON, United States District Judge

　　This matter is before the Court on Defendant Anthony Michael Norton's Petition to Vacate Sentence Under 28 U.S.C. § 2255 [Doc. No. 82]. On February 3, 2022, the Government moved for a stay of the proceedings and its response to Mr. Norton's Petition pending resolution by the Eighth Circuit Court of Appeals of *United States v. Owen*, No. 21-3780, *appeal docketed*, (8th Cir. Dec. 16, 2021), and *United States v. Henry*, No. 22-1036, *appeal docketed*, (8th Cir. Jan. 5, 2022). The Court granted the Government's Motion. (Feb. 4, 2022 Order [Doc. No. 86].)

　　The Eighth Circuit has now issued its opinion in both matters. *United States v. Owen*, 51 F.4th 292 (8th Cir. 2022); *see United States v. Henry*, No. 22-1036, 2023 WL 3861791 (8th Cir. June 7, 2023). The Court will therefore lift the stay.

Accordingly, based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The stay is **LIFTED**; and

2. Within twenty-one (21) days, the Government shall file its response to Mr. Norton's Petition. Mr. Norton may file a reply within fourteen (14) days of the Government's response.

Dated: June 8, 2023

s/ Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge