UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 16-cr-307 (SRN/SER)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER SEALING DOCUMENTS** |
| ANTHONY MICHAEL NORTON, | ) |
| Defendant. | ) |

Benjamin Bejar, Assistant United States Attorney, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Plaintiff.

Robert Meyers, Assistant Federal Defender, 300 South Fourth Street, Room 107, Minneapolis, MN 55415, counsel for Defendant.

This matter comes before the Court on Defendant's Motion to Seal Document. Based upon all the records and proceedings herein,

IT IS HEREBY ORDERED that the Defendant's Motion to Seal Document [Doc. No. 103] is **GRANTED**. Defendant's Memorandum in Support [Doc. No. 104] shall also be sealed. The document and Defendant's Memorandum in Support can be unsealed on September 16, 2034.

Dated:  March 25, 2024         s/Susan Richard Nelson
                               Susan Richard Nelson
                               United States District Court Judge